UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROLYN WENDY HERZ, </br></br> Plaintiff, </br></br> v. </br></br> ERIC HOLCOMB, *as Governor of the State of Indiana*, </br> CURTIS HILL, </br> SANDY SASSO, </br> DENNIS SASSO, </br> LESLIE PAGE, </br> HILLARY CLINTON, </br> VERIZON WIRELESS, </br> MCI COMMUNICATIONS SERVICES, LLC, </br> WILLIAM BARR, *as Attorney General of the United States*, </br> ASCENSION HEALTH, INC., </br> RECOVERY CENTERS OF AMERICA HOLDINGS, LLC, </br></br> Defendants. | No. 1:20-cv-02576-JRS-MPB |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, this action is dismissed with prejudice.

**SO ORDERED.**

Date: 10/28/2020

*[signature]*
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _[signature]_____
Deputy Clerk, U.S. District Court

Distribution by U.S. Mail to:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN 46268-1320

Distribution to electronically registered counsel via ECF